# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1863
LT Case No. 2018-CF-000104-A

_____

JOSE MANUEL BANDERA-ALARCON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Mary Hatcher, Judge.

Matthew J. Metz, Public Defender, and Betty Wyatt, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.


October 3, 2023

PER CURIAM.

    AFFIRMED.


WALLIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____